**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------

LUIS ASENCIO,

                         Plaintiff,

    -against-

THE CHEFS' WAREHOUSE, INC. and DAIRYLAND
USA CORP.,

                         Defendants.

------------------------------------ x

ORDER

20 Civ. 7656 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on February 2, 2021 at 9:30 a.m. is hereby cancelled.

Dated: February 3, 2021
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE