

**KESSLER MATURA**

April 15, 2021

**Via ECF**

Hon. George B. Daniels, U.S.D.J.
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

'APR 1 9 2021'

SO ORDERED

The status conference is adjourned from
April 20, 2021 to June 29, 2021 at 9:45 a.m.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re: *Asencio v. The Chef's Warehouse, Inc., et al.*
Case No. 20 Civ. 7656 (GBD)

Dear Judge Daniels:

We represent the Plaintiff in the above-captioned case. On behalf of the Parties, please accept this correspondence as the Parties' motion to adjourn the Status Conference, presently scheduled for April 20, 2021, without scheduling a new date. The reason for this request is that discovery is proceeding in accordance with Your Honor's February 3, 2021 Case Management Order. This motion represents the Parties' first request to adjourn the Status Conference.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/ Troy L. Kessler
Troy L. Kessler