**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 1 2021

------------------------------------x

LUIS ASENCIO,

                      Plaintiff,

     -against-

THE CHEFS' WAREHOUSE, INC. and
DAIRYLAND USA CORP.,

                      Defendants.

               ORDER

            20 Civ. 7656 (GBD)

------------------------------------x

GEORGE B. DANIELS, District Judge:

This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within forty-five (45) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: June 1, 2021
       New York, New York

                     SO ORDERED.

                     *George B Daniels*
                     GEORGE B. DANIELS
                     UNITED STATES DISTRICT JUDGE